96 F.3d 1434
 Linda Sovich, Margaret Anne Silk, Nancy Martin, Thomas
Marroni, Joan Marroni, Roger A. Nanni, Edward
Kuyweski, Edward Jasincki, Arthur
Holman, Richard Safranek, John D. Hoffman
v.
James F. Shaughnessy, Robert E. Batina, Robert M. Kusnirak,
Michael Melnyk, Each Individually, as Leetsdale
Borough Councilmen, Borough of Leetsdale
 NO. 96-3061
 United States Court of Appeals,
Third Circuit.
 Aug 20, 1996
 
 Appeal From: W.D.Pa., No. 95-00918,
 Lancaster, J.
 
 
 1
 AFFIRMED.